AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Adam Mulledy, on behalf of himself and others similarly situated,
*Plaintiff*
v.
American Air Furnace Company
*Defendant*

Civil Action No. 2:20-cv-5185

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Order filed 4/13/2021 this case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 04/13/2021

CLERK OF COURT

_Christi M. Werr_
Signature of Clerk or Deputy Clerk